July 7, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ANDREW  HOUSTON  ALLEN, Appellant

NO. 14-15-00115-CR
NO. 14-15-00116-CR                                    V.

THE STATE OF TEXAS, Appellee

_____

     This cause, an appeal from the judgment in favor of appellee, The State of Texas, signed, January 14, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

     We order appellant, Andrew Houston Allen, jointly and severally, to pay all costs incurred in this appeal.

     We further order this decision certified below for observance.